# United States District Court
## Violation Notice

CVB Location Code: CA90

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7575926 | K. Buckley | 966 |

7575926

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☒ State Code |
|---|---|
| 01/01/2019 1330 | 36 CFR 4.2(b) CVC 12500(a) |

Place of Offense: Badger Pass Rd.

Offense Description: Factual Basis for Charge — Failure to have Valid DL

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Orr
First Name: Sandra
M.I.: D

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 8FNK200 | CA | 19 | Nis/Vers- | | Red |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

20190101-009
NP19000238

$350.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $380.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 03/14/2019 12:36
CVB SCAN 03/14/2019 12:36

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on January 1, 2019 while exercising my duties as a law enforcement officer in the Eastern District of California

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/13/2019       [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident