HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:19-po-00188 JDP |
|---|---|
| Plaintiff, | ) |
| | ) **APPLICATION AND [PROPOSED]** |
| vs. | ) **ORDER APPOINTING COUNSEL** |
| | ) |
| SANDRA D ORE, | ) Date: February 26, 2020 |
| | ) Time: 10:00 A.M. |
| Defendant. | ) Crtm: Video appearance |
| | ) Judge: Hon. Jeremy D. Peterson |

Defendant, Sandra D Ore, through the Federal Defender for the Eastern District of California, hereby requests appointment of Counsel.

The defendant submits the attached Financial Affidavit as evidence of her inability to retain counsel. On January 1, 2019, Ms. Ore was charged with 36 CFR § 4.26, Failure to have valid Driver's License. Ms. Ore is to appear in court on February 26, 2020 before the Honorable Jeremy D. Peterson, United States Magistrate Judge, in Yosemite National Park via video appearance.

Therefore, after reviewing Ms. Ore's Financial Affidavit, it is respectfully recommended that Counsel be promptly appointed.

DATED: January 31, 2020

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain Counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: January 3, 2020 (Feb)

/s/ *signature*
HONORABLE BARBARA A. MCAULIFFE
UNITES STATES MAGISTRATE JUDGE