HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SANDRA ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-PO-00188-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | Date: July 7, 2020 |
| SANDRA ORE, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Sandra Ore, hereby stipulate and jointly move this Court to continue Ms. Ore's status conference from April 29, 2020 until July 7, 2020.

On February 26, 2020, Ms. Ore was arraigned before the honorable Jeremy D. Peterson. Defense investigation is ongoing.  Unfortunately ongoing COVID-19 closures have delayed defense investigation.  The undersigned defense counsel requests that Ms. Ore's status conference be continued until July 7, 2020 in order to undertake the necessary investigation.  The Government does not object.

//

//

//

1                                Respectfully submitted,

2                                McGREGOR SCOTT
                                 United States Attorney

4 Dated: April 28, 2020          */s/ Susan St. Vincent*
                                 SUSAN ST. VINCENT
5                                Acting Legal Officer
                                 National Park Service
6                                Yosemite National Park

8 Dated: April 28, 2020          HEATHER E. WILLIAMS
                                 Federal Defender

10                                */s/ Benjamin A. Gerson*
                                 BENJAMIN A. GERSON
11                                Assistant Federal Defender
                                 Attorney for Defendant
12                                SANDRA ORE

# ORDER

The above stipulation to continue case 6:19-PO-00188 JDP until July 7, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: __April 28, 2020__

_____
UNITED STATES MAGISTRATE JUDGE