HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SANDRA ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANDRA ORE,<br><br>Defendant. | Case No.  6:19-po-00188-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:    September 15, 2020<br>Time:   10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

     The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Sandra Ore, hereby stipulate and jointly move this Court to continue Ms. Ore's status conference from July 7, 2020 until September 15, 2020.

     On February 26, 2020, Ms. Ore was arraigned before the honorable Jeremy D. Peterson. Defense investigation is ongoing.  Ms. Ore is working to resolve her license suspension through the Florida Department of Motor Vehicles.  Unfortunately ongoing COVID-19 closures have delayed her efforts.  The parties are seeking a settlement agreement in the case pending the resolution of the suspension.  The undersigned defense counsel requests that Ms. Ore's status conference be continued until September 15, 2020 with the goal of settling the case as soon thereafter as possible.  The Government does not object.

//

Ore / Stipulation to Continue      -1-
Status Conference and Order

                                                                Respectfully submitted,

                                                                McGREGOR SCOTT
United States Attorney

Dated: July 6, 2020                        */s/ Susan St. Vincent*
                                                                SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: July 6, 2020                        HEATHER E. WILLIAMS
Federal Defender

                                                                */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
SANDRA ORE

**ORDER**

The above stipulation to continue case 6:19-po-00188 JDP until September 15, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: _July 6, 2020_

UNITED STATES MAGISTRATE JUDGE