HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SANDRA ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANDRA ORE,<br><br>Defendant. | Case No.  6:19-po-00188-HBK<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   March 9, 2021<br>Time:   10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |

   The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Sandra Ore, hereby stipulate and jointly move this Court to continue Ms. Ore's status conference from January 26, 2021 to March 9 2021.

   On February 26, 2020, Ms. Ore was arraigned before the honorable Jeremy D. Peterson. Ms. Ore is working to resolve her license suspension through the Florida Department of Motor Vehicles.  Unfortunately ongoing COVID-19 closures have delayed her efforts.  It is the parties understanding that Ms. Ore is currently engaged in an administrative appeal.  The parties have reached a tentative settlement pending the resolution of Ms. Ore's license suspension.  The undersigned defense counsel requests that Ms. Ore's status conference be continued until March 9, 2021 with the goal of settling the case as soon as possible.  The Government does not object.

//

                                      Respectfully submitted,

                                      McGREGOR SCOTT
                                      United States Attorney

Dated: January 22, 2021              */s/ Sean Anderson*
                                      SEAN ANDERSON
                                      Acting Legal Officer
                                      National Park Service
                                      Yosemite National Park


Dated: January 22, 2021              HEATHER E. WILLIAMS
                                      Federal Defender


                                      */s/ Benjamin A. Gerson*
                                      BENJAMIN A. GERSON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      SANDRA ORE


## O R D E R

Good cause appearing, the above stipulation to continue case 6:19-po-00188 JDP until March 9, 2021 is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.


Dated:   January 26, 2021                              
                                      HELENA M. BARCH-KUCHTA
                                      UNITED STATES MAGISTRATE JUDGE