HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL OSAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL OSAGE,<br><br>Defendant. | Case No.  6:20-po-00360<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   February 23, 2021<br>Time:   10:00 a.m.<br>Judge:  Hon. Helena Barch-Kuchta |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Michael Osage, hereby stipulate and jointly move this Court to continue Mr. Osage's status conference from January 19, 2021 until February 23, 2021.  The parties are have reached a tentative settlement pending the resolution of Mr. Osage's license suspension.  Mr. Osage is working to resolve his license suspension through the Department of Motor Vehicles. Mr Osage is currently registered to begin a DMV mandated driver's course on February 2, 2021.  It is the understanding of the parties that he will be eligible for a license after that date.  The undersigned defense counsel requests that Mr. Osage's status conference be continued until February 23, 2021 to allow him time to get his driver's license.  The Government does not object.

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR SCOTT<br>United States Attorney |
| Dated: January 22, 2021 | */s/ Sean Anderson*<br>SEAN ANDERSON<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
| Dated: January 22, 2021 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL OSAGE |

## **O R D E R**

Good cause appearing, the above stipulation to continue case 6:20-po-00360 JDP until February 23, 2021 is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   January 26, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE